GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for Defendant
DANIEL OMAR LOPEZ-BETANCOURT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-075-TLN |
| Plaintiff, | ) | |
| | ) | ORDER FOR SUBSTITUTION OF ATTORNEY |
| vs. | ) | |
| DANIEL OMAR LOPEZ-BETANCOURT, | ) | |
| Defendant. | ) | |
| _____ | ) | |

  It is respectfully requested that Gilbert A. Roque be relieved as attorney of record in the above-captioned case and that Dina L. Santos, Attorney at Law, 428 J Street, Suite 359, Sacramento, California 95814, telephone number (916) 447-0160, be substituted in as appointed counsel for Mr. Daniel Omar López-Betancourt.

DATED: July 1, 2013                    Respectfully submitted,

                                        /s/ Gilbert A. Roque
                                        GILBERT A. ROQUE
                                        Attorney at Law

  I accept the substitution and ask to be appointed.

DATED: July 1, 2013                    /s/ Dina L. Santos
                                        DINA L. SANTOS
                                        Attorney at Law

1

1 | I consent to the substitution.

DATED: July 1, 2013           /s/ Daniel Omar López-Betancourt
                              DANIEL OMAR LOPEZ-BETANCOURT
                              Defendant

**ORDER**

**IT IS SO ORDERED.**

DATED:     July 3, 2013

                              _____
                              Troy L. Nunley
                              United States District Judge