BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2716
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00075 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DANIEL OMAR LOPEZ-BETANCOURT,<br>    aka Daniel Nicholas Lopez,<br>    aka Daniel Omar Lopez,<br>    aka Juan Francisco Munoz,<br>    aka Juan F. Munoz, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00230 TLN |
| Plaintiff, | |
| v. | |
| DANIEL OMAR LOPEZ-BETANCOURT, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, these related cases were set for a status conference on December 5,

Stip. & Order Cont. Related Cases
Lopez-Betancourt, 2:13-cr-75 TLN; 2:13-cr-230 TLN

1

1  2013, with a possible change of plea in case number 2:13-cr-00075 TLN and a possible admit/deny
2  proceeding in case number 2:13-cr-00230 TLN.

3      2.     By this stipulation, the parties now move to continue the status conference until
4  December 19, 2013, at 9:30 a.m., and to exclude time between December 5, 2013, and December 19,
5  2013, under Local Code T4.

6      3.     The parties agree and stipulate, and request that the Court find the following:

7      a)     The government has represented that the discovery associated with this case
8  includes approximately 410 pages of documents, which was produced directly to defendant's
9  prior counsel and forwarded to defendant's present counsel.

10      b)     In part due to a very recent death in defendant's counsel's family, defendant's
11  counsel desires additional time to consult with her client about a possible change of plea and
12  admit/deny proceeding in light of the discovery produced in this case.

13      c)     Counsel for defendant believes that failure to grant the above-requested
14  continuance would deny her the reasonable time necessary for effective preparation, taking into
15  account the exercise of due diligence.

16      d)     The government does not object to the continuance.

17      e)     Based on the above-stated findings, the ends of justice served by continuing the
18  case as requested outweigh the interest of the public and the defendant in a trial within the
19  original date prescribed by the Speedy Trial Act.

20      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
21  et seq., within which trial must commence, the time period of December 5, 2013, to December
22  19, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local
23  Code T4] because it results from a continuance granted by the Court at defendant's request on
24  the basis of the Court's finding that the ends of justice served by taking such action outweigh the
25  best interest of the public and the defendant in a speedy trial.

26  ////
27  ////
28  ////

Stip. & Order Cont. Related Cases     2
Lopez-Betancourt, 2:13-cr-75 TLN; 2:13-cr-230 TLN

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 2, 2013                                         BENJAMIN B. WAGNER
                                                                 United States Attorney


                                                                  /s/ Nirav K. Desai
                                                                 NIRAV K. DESAI
                                                                 Assistant United States Attorney


Dated:  December 2, 2013                                          /s/ Dina Santos (as authorized on 12/2/13)
                                                                 DINA SANTOS, ESQ.
                                                                 Attorney for Defendant


**ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of December, 2013.

_____
Troy L. Nunley
United States District Judge