1  Dina L. Santos, SBN 204200
   A Professional Law Corp.
2  428 J Street, Suite 359
   Sacramento, CA 95814
3  Telephone:  (916) 447-0160
   Facsimile:  (916) 447-2988
4

5  Attorneys for:
   DANIEL BETANCOURT
6

7              IN THE UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,                 CASE NO.  2:13-CR-0075 TLN
                                                       2:13-CR-0230 TLN
11                          Plaintiff,
                                           STIPULATION AND ORDER RESETTING
12              v.                         BRIEFING SCHEDULE AND J&S

13 DANIEL BETANCOURT,
                            Defendant.
14

15

16                          **STIPULATION**

17      1.      It is hereby stipulated by and between Assistant United States Attorney NIRAV DESAI,

18 Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant DANIEL BETANCOURT,

19 that the current date scheduled for March 27, 2014, be vacated and the matter be continued to this

20 Court's criminal calendar on June 26, 2014, at 9:30 a.m. for judgment and sentencing.

21      It is further stipulated that the briefing schedule be reset as follows:

22      Judgment and Sentencing Date:        June 26, 2014

23      Reply or Statement of non-opposition:    June 19, 2014

24      Formal Objections:                   June 5, 2014

25      Informal Objections:                 May 22, 2014

26

27      IT IS SO STIPULATED.

28

   Stipulation and Order Continuing J&S          1

1 Dated:  March 6, 2014                              BENJAMIN B. WAGNER
                                                     United States Attorney
2

3                                                     /s/ Nirav Desai
                                                     NIRAV DESAI
4                                                    Assistant United States Attorney

5
Dated:  March 6, 2014                                /s/   Dina L. Santos
6                                                    DINA SANTOS, ESQ.
                                                     Attorney for Daniel Betancourt
7

8

9

10

11

12

13

14                              **ORDER**

15        IT IS SO FOUND AND ORDERED this 6th day of March, 2014.

16

17

18

19                                    Troy L. Nunley
                                      United States District Judge
20

21

22

23

24

25

26

27

28

Stipulation and Order Continuing J&S                2